**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 09-cr-00468-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ZEBULON TAYLOR,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a status/scheduling hearing regarding Defendant Taylor is set **Thursday, November 19, 2009 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

      Also, be advised that a hearing on Defendant's Motion for Revocation of Detention Order (Doc 14 - filed November 9, 2009) will be held **Thursday, November 19, 2009 at 10:00 a.m.**

Dated: November 10, 2009