IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  09-cr-00468-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ZEBULON TAYLOR,

        Defendant.
_____

ORDER
_____

As further set forth on the record at the hearing held on November 19, 2009, IT IS HEREBY ORDERED as follows:

1. Defendant's Motion for Revocation of Detention Order [Doc # 14] is WITHDRAWN;

2. Defendant's motions are due on or before November 25, 2009;

3. The Government's responses to Defendant's motions are due on or before December 2, 2009; and

4. A further status and scheduling hearing is set for December 4, 2009 at 8:30 a.m.

Dated: November   19  , 2009, in Denver, Colorado.

                                                    BY THE COURT:

                                                      s/Lewis T. Babcock         
                                                    LEWIS T. BABCOCK, JUDGE