IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  09-cr-00468-LTB

UNITED STATES OF AMERICA,

            Plaintiff,

v.

ZEBULON TAYLOR,

            Defendant.
_____

ORDER
_____

        As further set forth on the record at the hearing held on December 4, 2009, IT IS

HEREBY ORDERED as follows:

        1.  A hearing on Defendant's Motion to Suppress Statements [Doc # 19] is set for

December 18, 2009 at 9:30 a.m.;

        2.  The case is set for a three-day jury trial commencing January 25, 2010 at 9:00 a.m.;

        3.  A trial preparation conference is set for January 21, 2010 at 10:00 a.m.; and

        4.  The parties' witness and exhibit lists, jury instructions, and voir dire questions are due

at the time of the trial preparation conference.

Dated: December   4 , 2009, in Denver, Colorado.

                                        BY THE COURT:


                                          s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE