**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  09-cr-00468-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      ZEBULON TAYLOR,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Upon the Notice of Disposition, the Unopposed Motion to Convert December 18, 2009 Hearing to Change of Plea and Immediate Sentencing (Doc No. 23) is GRANTED.

     The Hearing on the Motion to Suppress is **CONVERTED** to a change of plea hearing and sentencing on Friday, December 18, 2009 at 9:30 a.m. in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated:  December 17, 2009

---